# IN THE SUPREME COURT OF THE STATE OF NEVADA

COURTNEY MOTLEY,
               Appellant,
         vs.
THE STATE OF NEVADA,
               Respondent.

No. 80704

FILED

MAR 2 3 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a motion for jailtime credits. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no order denying a motion for jailtime credits was entered in district court case number C-16-318459-1, the case number designated in the notice of appeal. Thus, this appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). In addition, review of the district court docket entries does not indicate that the district court entered any appealable order. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-11133

cc: Hon. Michelle Leavitt, District Judge
Courtney Motley
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2